**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Alexander Shaulov, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>Southwest Credit Systems, L.P.,<br><br>Defendant. | **JUDGMENT**<br><br>Docket No: 1:20-cv-00417-ARR-PK |

     Defendant Southwest Credit Systems, L.P. having offered judgment against itself pursuant to FRCP 68 in the sum of $1,001.00 plus costs of $496.50 and attorney's fees in an amount to be set by the court, and Plaintiff having accepted said offer of judgment, it is

     **ORDERED AND ADJUDGED** that Plaintiff Alexander Shaulov recover from Defendant Southwest Credit Systems, L.P. the principal amount of $1,000.00, costs of $496.50, and attorney's fees in an amount to be set by the court; and that this case is closed.

Dated: Brooklyn, New York
       April 28, 2020

                                                DOUGLAS C. PALMER
                                                CLERK OF COURT

                                                *Jalitza Poveda*
                                                Deputy Clerk